UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
August 28, 2007

No. 07-6464
2:06-cv-00024-REM

In Re: JAMES ALLEN MORRIS

       Petitioner

---
On Petition for Rehearing En Banc
---

The petitioner's petition for rehearing en banc was submitted to this Court. As no member of this Court requested a poll on the petition for rehearing en banc,

IT IS ORDERED that the petition for rehearing en banc is denied.

Entered for a panel composed of Judge Michael, Judge King, and Senior Judge Widener.

For the Court,

/s/ Patricia S. Connor
_____
CLERK