UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
October 26, 2007

No. 07-7378
2:06-cv-00024-REM

In Re: JAMES ALLEN MORRIS

        Petitioner

O R D E R

    Petitioner has filed a motion to dismiss.

    The Court dismisses this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court - By Direction

/s/ Patricia S. Connor

CLERK